Robert D. Rowland
Lindsay Rakers
**GOLDENBERG HELLER ANTOGNOLI & ROWLAND, P.C.**
P.O. Box 959
Edwardsville, Illinois 62025
Telephone: 618-656-5150
Facsimile: 618-656-6230
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| This Document Relates To: | |
| *Donald G. Newmann v. Pfizer Inc.*<br>(05-5359 CRB) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| *Lehnen, Marie, et al. v. G.D. Searle, et al.*<br>(06-2669 CRB) | |
| *Marcy A. West v. Merck & Co., Inc., et al.*<br>(06-3015 CRB) | |
| *Jerry M. Dance v. Merck & Co., Inc., et al.*<br>(06-3016 CRB) | |
| *Edward Spinaio v. G.D. Searle, et al.*<br>(06-3036 CRB) | |
| *Lonnie Case v. Merck & Co. Inc., et al.*<br>(06-3180 CRB) | |
| *Richard Menzel v. Merck & Co., Inc., et al.*<br>(06-3181 CRB) | |
| *Vincent Calamia v. Merck & Co., Inc., et al.*<br>(06-3182 CRB) | |
| *Jessie Abbott v. Merck & Co., Inc., et al.*<br>(06-3306 CRB) | |

-1-

| | | |
|---|---|---|
| 1 | *Berlin Jenkerson v. Merck & Co. Inc., et al.* | ) |
| 2 | (06-3307 CRB) | ) |
| 3 | *Thomas Kasper v. Merck & Co. Inc., et al.* | ) |
| | (06-3309 CRB) | ) |
| 4 | | ) |
| | *Josephine Tourville v. Merck & Co., Inc., et al.* | ) |
| 5 | (06-3310 CRB) | ) |
| 6 | *Arzie Stephens v. Merck & Co., Inc., et al.* | ) |
| | (06-3311 CRB) | ) |
| 7 | | ) |
| | *Henry Kahn, et al. v. Pfizer Inc..et al.* | ) |
| 8 | (06-4600 CRB) | ) |
| 9 | *Carol Copeland v. G.D. Searle LLC, et al.* | ) |
| | (07-3023 CRB) | ) |
| 10 | | ) |
| | *Suzanne Steinbach v. Merck & Co., Inc., et al.* | ) |
| 11 | (07-0495 CRB) | ) |
| 12 | *John Moseley v. Merck & Co., Inc., et al.* | ) |
| | (07-0496 CRB) | ) |
| 13 | | ) |
| | *Joni Hebblethwaite v. Merck & Co., Inc., et al.* | ) |
| 14 | (07-0498 CRB) | ) |
| 15 | *Kevin Miller v. Merck & Co, Inc., et al.* | ) |
| | (07-0596 CRB) | ) |
| 16 | | ) |
| | *Lena Scher v. Merck & Co., Inc., et al.* | ) |
| 17 | (07-2533 CRB) | ) |
| 18 | *Laurence Schmidt v. Merck & Co., Inc., et al.* | ) |
| | (07-2534 CRB) | ) |
| 19 | | ) |
| | *Patty Foreman v. Merck & Co., Inc., et al.* | ) |
| 20 | (07-2535 CRB) | ) |
| 21 | *Robert Miller v. G.D. Searle LLC, et al.* | ) |
| | (07-3127 CRB) | ) |
| 22 | | ) |
| | *Robert J. Smith, Jr., et al. v. Merck & Co., Inc., et al.* | ) |
| 23 | (07-3488 CRB) | ) |
| 24 | *Williamson, Wilburn, et al. v. Merck & Co., Inc., et al.* | ) |
| | (07-3489 CRB) | ) |
| 25 | | |

Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42576335.1

stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

DATED: 11-2, 2009    By: _____

**GOLDENBERG HELLER
ANTOGNOLI & ROWLAND, P.C.**
P.O. Box 959
Edwardsville, Illinois 62025
Telephone: 618-656-5150
Facsimile: 618-656-6230

*Attorneys for Plaintiffs*

DATED: Nov. 4, 2009    By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: NOV 1 3 2009    _____
Hon. Charles R. Breyer
United States District Court

PFZR/1035934/1132569v.1
EAST\42576335.1
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**